

**ROBERT M. WEINBERG**
**Assistant Attorney General**
**OFFICE OF THE ATTORNEY GENERAL**
287 West O'Brien Drive
Hagåtña, Guam 96910   USA
(671) 475-3324     (671) 472-2493 (Fax)
rweinberg@guamattorneygeneral.com
 Attorney for Defendants GOVERNMENT OF GUAM (GUAM POLICE DEPARTMENT); BENNY BABABUTA; and KENNETH J.C. BALAJADIA

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GILLIAN MARY HARDMAN, <br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT OF GUAM (GUAM POLICE DEPARTMENT); BENNY BABABUTA; CARLO E. REYES; and KENNETH J.C. BALAJADIA etc., et al. <br> Defendants. | Civil Case No. CV 0759-10 <br><br> APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS GOVERNMENT OF GUAM (GUAM POLICE DEPARTMENT); BENNY BABABUTA; and KENNETH J.C. BALAJADIA |

**ROBERT M. WEINBERG**, Assistant Attorney General, respectfully enters his appearance on behalf of defendants **GOVERNMENT OF GUAM (GUAM POLICE DEPARTMENT); BENNY BABABUTA;** and **KENNETH J.C. BALAJADIA**. By Agreement of the parties, defendants shall file an answer or responsive pleading on or before July 6, 2010.

**OFFICE OF THE ATTORNEY GENERAL**

*/s/ Robert M. Weinberg*
**ROBERT M. WEINBERG**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify I served a copy of the forgoing on counsel for the plaintiff either by hand delivery, or by first class mail, postage prepaid and properly addressed to the following:

Curtis Van de veld, Esq.
123 Hernan Cortes Avenue
Hagåtña, Guam 96910
Email: curtisguamlawyer@hotmail.com

this 16th day of June, 2010.

**OFFICE OF THE ATTORNEY GENERAL**

**ROBERT M. WEINBERG**
Assistant Attorney General