

**ROBERT M. WEINBERG**
**Assistant Attorney General**
**Civil Division**
**OFFICE OF THE ATTORNEY GENERAL**
287 West O'Brien Drive
Hagåtña, Guam 96910   USA
(671) 475-3324     (671) 472-2493 (Fax)
rweinberg@guamattorneygeneral.com
 **Attorney for Petitioner**

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| GILLIAN MARY HARDMAN,<br>    Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM (GUAM POLICE DEPARTMENT); BENNY BABABUTA; CARLO E. REYES; KENNETH J.C. BALAJADIA; JOSEPH B. TENORIO; etc., et al.<br>    Defendants. | **Civil Case No. CV 0759-10**<br><br>**SUGGESTION OF DEATH** |

Defendant **GOVERNMENT OF GUAM (GUAM POLICE DEPARTMENT)** respectfully suggests the death, on December 23, 2009, of named defendant **JOSEPH B. TENORIO** as evidenced by the attached notice.

This 16th day of June, 2010.

OFFICE OF THE ATTORNEY GENERAL

*/s/ Robert M. Weinberg*

**ROBERT M. WEINBERG**
Assistant Attorney General



**CERTIFICATE OF SERVICE**

     I hereby certify I served a copy of the forgoing on counsel for the plaintiff either by hand delivery, or by first class mail, postage prepaid and properly addressed to the following:

    Curtis Van de veld, Esq.
    123 Hernan Cortes Avenue
    Hagåtña, Guam 96910
    Email: curtisguamlawyer@hotmail.com

this 16th day of June, 2010.

                                        OFFICE OF THE ATTORNEY GENERAL

                                        **ROBERT M. WEINBERG**
                                        Assistant Attorney General