

**Office of the Attorney General**
Attorney General of Guam
**Civil Division**
287 West O'Brien Drive
Hagåtña, Guam 96910 ● USA
 (671) 475-3324 ● (671) 472-2493 (Fax)
www.guamattorneygeneral.com

**Attorneys for the Government of Guam**

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| **GILLIAN HARDMAN,** ) | Civil Case No. **10-00010** |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| **GOVERNMENT OF GUAM (GUAM** ) | **ORDER DISMISSING DEFENDANT** |
| **POLICE DEPARTMENT);** ) | **KENNETH J.C. BALAJADIA** |
| **BENNY T. BABAUTA;** ) | |
| **CARLO E. REYES; and** ) | |
| **KENNETH J.C. BALAJADIA**, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon stipulation of the parties, plaintiff being represented

by her attorney, Curtis Van de Veld, defendants Government of Guam (Guam Police

Department), Benny T. Babauta, and Kenneth J.C. Balajadia, being represented by their

counsel, the Attorney General of Guam, and defendant Carlo E. Reyes being represented

through his counsel F. Randall Cunliffe. The court having reviewed the matters on file herein

and deeming itself fully advised, hereby **ORDERS**:

1    That Kenneth J.C. Balajadia is hereby dismissed with prejudice as a defendant in this

2  action. Accordingly, the Motion to Dismiss filed by Kenneth J.C. Balajadia (Docket No. 23) is

3  moot. Each party is to bear their own attorney's fees and costs.

4       **SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Mar 28, 2011**