# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| GILLIAN MARY HARDMAN,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM (GUAM POLICE DEPARTMENT),<br>BENNY T. BABAUTA,<br>CARLO E. REYES, and<br>DOES 1–9,<br><br>Defendants. | Civil Case No. 10-00010<br><br>**ORDER DENYING REQUEST TO SUSPEND PROCEEDINGS** |

Before the court is Defendant CARLO E. REYES's Motion to Suspend Proceedings ("the Motion"). Docket No. 20. Defendant BENNY T. BABAUTA has joined Defendant REYES in the Motion. Docket No. 22.

Defendants request that the court suspend proceedings against them pursuant to title 5, section 6212 of the Guam Annotated Code. Docket No. 20. Section 6212(a) provides—

> The filing of a suit under this Chapter against the government of Guam or against any specific entity thereof shall suspend any proceedings against individual employees alleged to be liable in the same action until such time as the suit against the government of Guam or against any specific entity thereof has been brought to final judgment.

5 GUAM CODE ANN. § 6212(a). Defendants argue that because Plaintiff has brought the same claims against the Government of Guam and them, the proceedings against them as individual

employees should be suspended until there is in a final judgment on Plaintiff's claims against the government. Docket No. 20.

However, Defendants' argument is without merit. "The filing of a suit under this chapter," refers to suits filed under the Guam Government Claims Act ("the GCA"). 5 GUAM CODE ANN. § 6212(a); s*ee also generally* 5 GUAM CODE ANN. §§ 6201–6213 (all of which fall under Article 2, entitled "Procedure for Filing Claims and Actions," of Chapter 6, entitled "Government Claims Act"). None of Plaintiff's claims in this case are premised on the GCA, thus Section 6212 is not applicable. *See* Docket No. 17. Moreover, Defendants fail to provide the court with any federal authority for applying the Guam law in this court.

Accordingly, the Motion is hereby **DENIED.**[1]

**IT IS SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
      **Chief Judge**
**Dated: Mar 29, 2011**

---

[1] The court notes that Defendants Government of Guam and Benny T. Babauta put forth arguments based on section 6212 in their respective Motions to Dismiss (Docket Nos. 21, 24). The disposition of the instant motion does not dispose of the arguments made in the Motions to Dismiss; the court will address the merits of those arguments independently.